No. 77–803. BARRY, CHAIRMAN, RACING AND WAGERING BOARD OF NEW YORK, ET AL. *v.* BARCHI. D. C. S. D. N. Y. [Probable jurisdiction noted, 435 U. S. 921.] Motion of Jockeys' Guild, Inc., for leave to file a brief as *amicus curiae* granted.

No. 77–926. CANNON *v.* UNIVERSITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari granted.

No. 76–688. CHICAGO TYPOGRAPHICAL UNION NO. 16 *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–174. MACHEN *v.* PATTERSON. C. A. 4th Cir. Certiorari denied.

No. 77–884. GARRETT *v.* ESTELLE, CORRECTIONS DIRECTOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–972. MORGAN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 77–1154. NEW YORK *v.* JAMES. Ct. App. N. Y. Certiorari denied.

No. 77–1173. TRINITY TRUCKING & MATERIALS CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 77–1205. PENNSYLVANIA *v.* MOODY. Sup. Ct. Pa. Certiorari denied.